UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON'S BEST INC , | CASE NO. 3:21-cv-05751-TL |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | |
| Defendant. | |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) Pursuant to the parties' Stipulated MOTION for Extension of Time (Dkt. Nos. 8 and 11), the time for Defendant to file an answer or other responsive pleading is extended to 02/14/2022.

(2) Initial scheduling deadlines are stayed, and a new scheduling order will be issued if settlement is not reached by 2/14/2022.

(3) The Clerk is directed to forward a copy of this Order to all counsel of record.

MINUTE ORDER - 1

1  Dated this 18th day of January, 2022.

        s/ Ravi Subramanian
        Clerk of the Court

        s/ Kadya Peter
        Deputy Clerk

MINUTE ORDER - 2